UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-0246-3 (ABJ) |
| | : | |
| PAUL BELOSIC, | : | *EX PARTE* UNDER SEAL |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO COURT ORDER FROM FEBRUARY 24, 2022

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, comes now to respond to this Court's Minute Order of February 24, 2022. The Court ordered the government to file a report on the status of the third co-defendant in this matter. The Court requested that the report address "whether, given the circumstances and the amount of time that has gone by, there is any reason that the co-defendants cannot be provided with the name of the third individual who has yet to be apprehended under appropriate conditions such as a protective order." Minute Order dated February 24, 2022.

As of the date of this filing, the third defendant remains a fugitive and his location has not yet been confirmed by the FBI. In addition, the government is in the process of submitting red notice paperwork to Interpol. Based on these efforts, the government requests that the Court continue to keep this information and filing *ex parte*, since the filing makes reference to specific agencies and law enforcement partners the government is leveraging in its efforts to locate the third co-defendant, which the government does not believe is relevant for the co-defendants' possible motions practice.

As the government has previously represented to the Court, while the government believes that the co-defendants know who the third co-defendant is, they may not know that person's legal name. Indeed, in evidence presented to the grand jury, most witnesses identified the third co-defendant as "Jeff," and in electronic communications from the third co-defendant to other witnesses, he identified himself as "Jeff." Accordingly, and since the third co-defendant remains a fugitive, the government requests that his legal name not be disclosed to the defense or made public. In the alternative, pursuant to a protective order, the government could provide defense counsel the third co-defendant's legal name and permit defense counsel to disclose to their clients the third co-defendant's nickname of "Jeff."

The government is willing to answer additional questions from the Court, *ex parte* and under seal, should the Court have additional inquiries.

Dated: February 28, 2022

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:     /s/
    TARA RAVINDRA
    D.C. Bar No. 1030622
    KIMBERLY PASCHALL
    D.C. Bar No. 1015665
    Assistant United States Attorneys
    555 Fourth Street, N.W.
    Washington, DC 20530
    Tara.Ravindra@usdoj.gov
    Kimberly.Paschall@usdoj.gov