UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-0246-3 (ABJ) |
| | : | |
| PAUL BELOSIC, | : | EX PARTE UNDER SEAL |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO COURT ORDER FROM JANUARY 10, 2022

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, comes now to respond to this Court's Minute Order from January 10, 2022. The Court made two inquiries of the government: first, what reasons if any the government has for not advising the co-defendants of the information contained in the January 5, 2022 response from the government regarding the whereabouts of the third co-defendant; and second, whether the government has any reason to believe the co-defendants are not aware of the third defendant's identity.

As to the first, the government has no issue with the Court notifying the co-defendants that the third defendant is currently a fugitive, has not yet been apprehended, and that the government is making efforts to apprehend them. The government requests that the Court keep the filing from January 5 *ex parte*, since the filing makes reference to specific agencies and law enforcement partners the government is leveraging in its efforts, which the government does not believe is relevant for the co-defendants' possible motions practice.

As to the second, the government believes that while the co-defendants know who the third co-defendant is, they may not know that person's legal name. Indeed, in evidence presented to the

grand jury, most witnesses identified the third co-defendant as "Jeff," and in electronic communications from the third co-defendant to other witnesses, he identifies himself as "Jeff."

The government is willing to answer additional questions from the Court, *ex parte* and under seal, should the Court have additional inquiries.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

BY:   /s/
                        KIMBERLY L. PASCHALL
                        Assistant United States Attorney
                        Federal Major Crimes Section
                        D.C. Bar No. 1015665
                        555 4th Street, N.W.,
                        Washington, D.C. 20530
                        202-252-2650
                        Kimberly.paschall@usdoj.gov