# EXHIBITS

- [ ] Government Plaintiff
- [ ] Defendant
- [x] Joint
- [ ] Court

**UNITED STATES OF AMERICA**

vs.

**Daniel Rodriguez, et al.**

Civil/Criminal No. 2 1 - c r - 2 4 6

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 000 | Video | | FILED MAR -6 2023 Clerk, U S District & Bankruptcy Courts for the District of Columbia | | |
| 001 | Badalian restraining window breaker | | | | |
| 002 | Exiting from inside the capitol after police say it's safe (20 seconds) | | | | |
| 003 | Info Wars Interview with Badalian | | | | |
| 004 | Badalian restraining window breaker | | | | |
| 005 | Trump supporters stop window smasher | | | | |
| 006 | RSBN Video at :50:20 Gina speaking to Badalian | | | | |
| 007 | LOBS D.C. BURNING 18:08 Badalian righting a chair | | | | |
| Category: | Screen shots of text messages | | | | |

FILED MAR -6 2023 Clerk, U S District & Bankruptcy Courts for the District of Columbia

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 008 | Being saying "being on grounds isn't illegal." | | | | |
| 009 | Badalian saying he has video of restraining antifa breaking shit | | | | |
| 010 | Badalian saying "no attacking cops" | | | | |
| 011 | Badalian saying "If they attack bldgs., they are getting rect." | | | | |
| 012 | Badalian to Gina "We should offer to hlp authorities through a lawyer." | | | | |
| 013 | Screenshot of smoke while Badalian is in front of window | | 3/1/2023 | BADALIAN | |
| 014 | Picture of Badalian after being attacked at Beverly Hills Protest | | 3/1/2023 | BADALIAN ALMONTE | |