UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

EDWARD BADALIAN (2)

Defendant

CRIMINAL NO: 21-246-2 (ABJ)



**FILED**

**MAR - 6 2023**

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____    06 March 2023
Government                          Date

_____    3-6-23
Defendant                           Date

**Exhibits Returned to Counsel:**

_____    _____
Plaintiff                           Date

_____    _____
Defendant                           Date