United States District Court
District of Columbia

United States of America,

    Plaintiff,

v.

Daniel Rodriguez,

    Defendant.

Case No. 1:21-cr-00246-ABJ-1

**UNOPPOSED MOTION TO FILE EXHIBIT A OF DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

The defendant, Daniel Rodriguez, by and through his counsel of record, respectfully moves for an order to file Exhibit A of his Sentencing Memorandum, under seal.

1. Sentencing is scheduled for June 21, 2023.  Mr. Rodriguez is filing a Sentencing Memorandum on June 9, 2023.

2. The Sentencing Memorandum contains Exhibit A, which is a Psychiatric evaluation of Daniel Rodriguez.  This Exhibit was provided to the government on January 31, 2023.  It contains personal information about Mr. Rodriguez and his mental health.

3. The government does not object to this Exhibit being filed under seal.

Accordingly, Mr. Rodriguez requests this Court issue an Order allowing him to file Exhibit A of his Sentencing Memorandum under seal.

**Dated:** June 9, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Rebecca A. Levy*
*/s/Margaret W. Lambrose*
*/s/Katherine A. Tanaka*
REBECCA A. LEVY
MARGARET W. LAMBROSE
KATHERINE A. TANAKA

Assistant Federal Public Defenders
Attorneys for Daniel Rodriguez

**Certificate of Electronic Service**

I hereby certify on the 9th day of June 2023 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

/s/ Cecilia Valencia
Employee of the Federal Public Defender