UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL JOSEPH RODRIGUEZ,<br><br>Defendant. | Case No. 21-cr-246-1 (ABJ) |

### GOVERNMENT'S SENTENCING EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of the following exhibits in support of the government's sentencing memorandum. The government has uploaded these messages, videos, photos and documents for defense counsel and Chambers to the USAfx platform:

Exhibit 1 Telegram Messages

Exhibit 2 Clip from Holder Documentary Jan. 6 Footage

Exhibit 3A Lower West Terrace Tunnel Camera 230 to 250 pm

Exhibit 3B Lower West Terrace Tunnel Camera 249 to 330 pm

Exhibit 4 Gina Bisignano Cellphone Video IMG_5062

Exhibit 5 Commander Ramey Kyle Statement

Exhibit 6 Geoff Sills Cellphone Video IMG_7494

Exhibit 7A Mastony Body Worn Camera 1

Exhibit 7B Mastony Body Worn Camera 2

Exhibit 8 Cantwell 316 unified_message Video

Exhibit 9 Go Pro 21-002679 Video

Exhibit 10 Clip of YouTube Patriots Storm

Exhibit 11 Fanone BWC 2

Exhibit 12 RF Angle Video of Tasing

Exhibit 13 News2Share

Exhibit 14 JLQ - Unblocked Video

Exhibit 15 Damage Estimate PDF

Exhibit 16 LOBS Short Docs

Exhibit 17 [SEALED]

Exhibit 18 [SEALED]

Exhibit 19 Photo of Gina Bisignano High Heel Notebook

The government respectfully requests that these exhibits be made part of the record in this case.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    BY:   /s/
    KIMBERLY L. PASCHALL
    Assistant United States Attorney
    National Security Section
    D.C. Bar No. 1015665
    601 D Street, N.W.,
    Washington, D.C. 20530
    202-252-2650
    Kimberly.Paschall@usdoj.gov