## Index of Exhibits

| No. | Document |
|---|---|
| A | Psychiatric Evaluation (Filed Under Seal) |
| B | Letter from Yolanda Gill |
| C | Dr. Mark Mills CV |
| D | Letter from Deborah Monreal |
| E | Letter from Breanna Throckmorton |
| F | Letter from Robert Vigil |
| G | Letter to Officer M.F. |
| H | Dr. Mark Kroll's Report |