# EXHIBIT "B"

# EXHIBIT "B"

Your Honor

My Name is YOLANDA GILL
I am the mother of Daniel
J. Rodriquez
Is one of the many persons
that was at the Capital on
Jan 6th. I don't have many
pictures of Daniel, I only
have a video of him being in
the Capital, First Time I seen
it I couldn't believe my eyes
of what I was seeing in the
video, Its in my phone, It hurts
me every time I look at it
Its all I have to see him
it has been 2yrs since I have seen
Daniel,

That morning he left was
the first I even knew he was
going to D.C. I was going to
work, I didn't even have a
chance to talk to him about him
going. I would of tiried to talk
him out of going. He hugrd
me goodby and left.

THE Time before all this happened, I think back on the change in Daniel. How he was acting, not talking much to me, hoping to talk to him to ask him what was going on with him, He was always on the phone, Not sleeping alot, eating less, I found out he was going to rallies but had no IDEA HE was so involved. He had new people he was being with that he met at rallies. He even stop doing things with his good friend Rob, which he Met at a Job, was his boss. Daniel let all this take over his life He was a different person.

He loss his Job, Car, Money had a 401K at work Place To live Because of all this I also lost had to Sell my house he helped me with the Mortgage. Daniel has never been a lazy person always has work since 17 yrs, I though him as a young boy 10 yr old to wash his cloth, help in the house

So he could be able to take care of himself, lost his FREEDOM

I am 72 years old, I also now because of this I have to live in a bad area I can't stop working

I know he has to be punished is being punished since he was put in Jail being so involved.

It is going to be very hard when he gets out to start again back to his life. I only pray that I will be able to help him. I have no idea when I will see him again. I blame myself for not knowing what was going on in his life. As a parent I feel so bad. Can't go back he did what he did I know.

Being my age. I just hope + pray you will be lenient so I can see my Son again. He still will be punished when he gets out. Starting over again.

Thank You for reading my letter Your Honor

Yolanda Gill