# EXHIBIT "D"

# EXHIBIT "D"

April 2023

My name is Deborah Monreal, I am the only sibling to Daniel Joseph Rodriguez. He is my younger brother, we are about 11 years apart in age. I helped to raise him growing up in California so we grew together with a close bond. He has always been a fun loving, helpful and energetic person in life.

He moved with our family to Arizona where he lived the rest of his adolescent years. My brother graduated High School, built friendships and began working in his community to better his life. He has always maintained a close relationship with our mom, Yolanda. The two of them have lived together for years and helped one another build a home. My brother has always been a hard worker determined to get things done in life