# EXHIBIT "E"

# EXHIBIT "E"

To whom it may concern,

   I have known Daniel Rodriguez since I was 14. I met him in math class my freshman year in high school. I sat down in the desk right in front of him. We instantly became friends and then dated all throughout high school. So many great memories as teenagers with him. We have stayed in touch throughout the years. I know Daniel to be a passionate person who always stands up for what is right. He has a good heart and loves very deeply. We often have had in depth conversations and he clearly wants to make a difference in this world for the better. He's a really good man and I give all the deserved recognition for all his efforts in life.

Sincerely,
Breanna Throckmorton