# EXHIBIT "F"

# EXHIBIT "F"

To whom it may concern,

I'm writing this in regards to my friend Daniel Rodriguez. I've Know Daniel for many years. I have worked with him and spent countless hours by his side.  He is an amazing trustworthy and loyal friend. Aside from work he has spent lots of holidays and weekends fishing with my family. He is like an uncle to my four kids. He is somebody you could always depend on and will be there for you no matter the time of day. I worked as his direct supervisor and could say he is a dedicated employee. I would definitely hire him again if the opportunity arose. As a friend to Daniel I'm asking that you understand him as a person and not by his mistakes. I will continue to be here for support until the day he comes home.

Thank you. Robert Vigil