# EXHIBIT "G"

# EXHIBIT "G"

Mr. F███,

I am writing this letter to you Mr. F███ as a personal letter. My name is Daniel Joseph Rodriguez and I write this in hopes that you accept my apology. I do not write this as an excuse for my actions on January 6th, I am not writing this to the Judge, prosecution or media. I am looking at serving a long prison sentence and no letter I write is getting me out of that. Sir, I only want to apologize from the heart. This letter in the end will mean little in comparison to what you had to go through, but still I will try to express my sorrow. Please bare with me as I try to explain. My "sorry" must be hard to believe but its all I can offer you at this time. You may still be angry with me. Let me start by telling you I've been in jail doing lots of thinking, finding God and changing. I never should have been in Washington, D.C. I came from the Los Angeles area of California and I had no business at the Capitol. I will tell you that after my actions of Jan. 6 I didn't know what kind of person I was. I got carried away and have never been through something like that, that made me out of my mind. I wish I was smarter. I should have protected you because I have deep respect for law enforcement, and I have always stood up for police officers. You are a brave man and I wish for good things for you in the future. I want to apologize to your children as well. If I could go back and change what I did, I would. I hope it makes you feel better that I am going through a very tough time in jail. I haven't seen my mom in over two years so that I can apologize to her in person for losing her home because of what I did. Mr. F███, I hope you will forgive me one day. Thank you. Danny Rodriguez.