APPEAL

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00246–ABJ–2</u>

Case title: USA v. RODRIGUEZ et al              Date Filed: 03/24/2021

---

Assigned to: Judge Amy Berman
Jackson

**Defendant (2)**

| | | |
|---|---|---|
| **EDWARD BADALIAN** | represented by | **Kira Anne West** |

LAW OFFICE OF KIRA WEST
712 H St, NE
Unit 509
Washington, DC 20002
(202) 236–2042
Email: kiraannewest@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Anush Melkonyan**
MARTINIAN AND ASSOC., INC.
2801 Cahuenga Blvd West
Los Angeles, CA 90068
(323) 952–2981
Email: am1@martinianlaw.com
*TERMINATED: 10/11/2022*
*Designation: Retained*

**Robert M. Helfend**
23838 Pacific Coast Highway
No. 309
Malibu, CA 90265
(310) 456–3317
Fax: (818) 222–1530
Email: rmhelfend@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

**Tigran Martinian**
MARTINIAN & ASSOC., INC.
2801 Cahuenga Boulevard West
Los Angeles, CA 90068
(323) 850–1900
Email: tm@martinianlaw.com
*TERMINATED: 10/11/2022*

1

*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy to Commit an Offense Against the United States<br>(1) | Fifty−One (51) Months Incarceration Followed By A Supervised Release Period Of Thirty−Six (36) Months And A Special Assessment Of $100.00; Said Terms Of Incarceration And Supervised Release To Run Concurrent |
| 18 U.S.C. 1512(c)(2), 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting<br>(2) | Fifty−One (51) Months Incarceration Followed By A Supervised Release Period Of Thirty−Six (36) Months And A Special Assessment Of $100.00; Said Terms Of Incarceration And Supervised Release To Run Concurrent |
| 18 U.S.C. 1512(c)(1); TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Tampering with Documents or Proceedings<br>(3) | |
| 18 U.S.C. 1752(a)(1), (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Restricted Building or Grounds<br>(10) | Twelve (12) Months Incarceration Followed By A Supervised Release Period Of Twelve (12) Months And A Special Assessment Of $25.00; Said Terms Of Incarceration And Supervised Release To Run Concurrent |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**PRESS COALITION**                          represented by

**Charles D. Tobin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
202–661–2218
Fax: 202–661–2299
Email: tobinc@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

**USA**                                represented by   **Anthony William Mariano**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street, NW
Washington, DC 20530
(202) 476–0319
Email: anthony.mariano2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2650
Email: kimberly.paschall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Risa Berkower**
UNITED STATES ATTORNEY'S
OFFICE
555 4th Street, NW
Washington, DC 20530
(202) 252–6782
Fax: (202) 307–3961
Email: risa.berkower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Tara Ravindra**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Violent Crime Narcotics Trafficking

Section
555 4th Street NW
Washington, DC 20530
(202) 252–7672
Email: tara.ravindra@usdoj.gov
*TERMINATED: 04/01/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2021 | | Counts added: EDWARD BADALIAN (2) count(s) 1, 2, 3, 10 (zltp) (Entered: 09/22/2023) |
| 11/10/2021 | 219 | FIRST SUPERSEDING INDICTMENT as to EDWARD BADALIAN (2) count(s) 1, 2, 3, 10 by USA as to EDWARD BADALIAN (zltp) (Entered: 09/22/2023) |
| 11/17/2021 | 58 | Arrest Warrant, dated 11/10/2021, Returned Executed on 11/17/2021 as to EDWARD BADALIAN (2). (bb) (Entered: 11/22/2021) |
| 11/17/2021 | | Arrest of Defendant EDWARD BADALIAN (2) in Los Angeles, CA. (zkk) (Entered: 11/27/2021) |
| 11/19/2021 | 65 | REDACTED INDICTMENT as to DANIEL JOSEPH "DJ" RODRIGUEZ(1), EDWARD BADALIAN(2). (bb) (Entered: 11/29/2021) |
| 11/23/2021 | | ORAL MOTION by USA to Unseal Defendant EDWARD BADALIAN (2). (zkk) (Entered: 11/27/2021) |
| 11/23/2021 | | ORAL MOTION by USA to Exclude Time Under the Speedy Trial Act from 11/23/2021 to 12/9/2021 as to Defendant EDWARD BADALIAN (2). (zkk) (Entered: 11/27/2021) |
| 11/23/2021 | | Minute Entry for Initial Appearance and Arraignment as to EDWARD BADALIAN (2) held by video before Magistrate Judge Robin M. Meriweather on 11/23/2021 : Oral Motion by USA to Unseal Defendant EDWARD BADALIAN (2), heard and granted. The defendant agrees to proceed by video. Plea of Not Guilty entered by EDWARD BADALIAN (2) to Counts 1, 2, 3 and 10. The Court advised the Government of its due process obligations under Rule 5(f). Status Hearing set before Judge Amy Berman Jackson on 12/9/2021 at 3:00 PM by telephonic/VTC. Oral Motion by USA to Exclude Time Under the Speedy Trial Act from 11/23/2021 to 12/9/2021, with no objection by the defense, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold – Ctrm. 7; FTR Time Frame: 2:38:37 – 3:05:23. Defense Attorney: Tigran Martinian (retained counsel to be admitted pro hac vice); U.S. Attorneys: Kimberly Paschall and Tara Ravindra; Pretrial Officer: Da'Shanta' Valentine–Lewis. (zkk) (Entered: 11/27/2021) |
| 11/23/2021 | 59 | ORDER Setting Conditions of Bond : Defendant EDWARD BADALIAN (2) placed on Personal Recognizance Bond signed by Magistrate Judge Robin M. Meriweather on 11/23/2021. (Attachment: # 1 Appearance Bond) (zkk) (Entered: 11/27/2021) |
| 11/24/2021 | 63 | Rule 5(c)(3) Documents Received as to EDWARD BADALIAN from US District Court Central District of California Case Number 21–mj–5270 (bb) (Entered: 11/29/2021) |

| 11/27/2021 | | Case unsealed by Magistrate Judge Robin M. Meriweather as to EDWARD BADALIAN. (zhsj) (Entered: 11/29/2021) |
|---|---|---|
| 11/29/2021 | 60 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order Proposed Order Governing Discovery, # 2 Exhibit Defendant's Agreement)(Paschall, Kimberly) (Entered: 11/29/2021) |
| 11/29/2021 | 61 | PROTECTIVE ORDER as to EDWARD BADALIAN (2). See order for details. Signed by Judge Amy Berman Jackson on 11/29/21. (DMK) (Entered: 11/29/2021) |
| 11/29/2021 | 62 | Unopposed MOTION for Order for Disclosure of Materials by USA as to EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order Proposed Order to Disclose 6e Materials)(Paschall, Kimberly) Modified event on 11/30/2021 (znmw). (Entered: 11/29/2021) |
| 11/29/2021 | | MINUTE ORDER granting 62 Motion for Disclosure to EDWARD BADALIAN (2). The government's motion is GRANTED. The government may provide materials protected by Federal Rule of Criminal Procedure 6(e) to the defendant as part of the discovery in this case, and where appropriate, it may also provide sealed materials, pursuant to the protective order 61 . The Court will take up disclosure to co−defendants if and when other individuals are later joined. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/29/21. (DMK) (Entered: 11/29/2021) |
| 12/09/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to EDWARD BADALIAN (2) held on 12/9/2021. Another Video (VTC) Status Conference is set for 3/3/2022 at 2:00 PM before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 12/9/2021 and 3/3/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Tigran Martinian (retained counsel, who still needs to be admitted to the bar of this Court); US Attorneys: Kimberly Louise Paschall and Tara Ravindra. (jth) (Entered: 12/10/2021) |
| 12/10/2021 | | MINUTE ORDER as to EDWARD BADALIAN (2). It is ORDERED that defendant shall advise the Court by December 14, 2021 whether he has any objection to the proposed modification of his conditions of release. See Pretrial Compliance Report 70 at 2. Given this and the potential need to accomplish other steps in the case before the next status hearing, and given the expected timing of the resolution of counsel's pending application to become a member of the bar of this Court, counsel should take steps to comply with Local Criminal Rule 44.1 promptly. SO ORDERED. Signed by Judge Amy Berman Jackson on 12/10/21. (DMK) (Entered: 12/10/2021) |
| 12/15/2021 | 71 | TRANSCRIPT OF PROCEEDINGS in case as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN before Judge Amy Berman Jackson, held on December 9, 2021; Page Numbers: 1−40. Date of Issuance: December 15, 2021. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/5/2022. Redacted Transcript Deadline set for 1/15/2022. Release of Transcript Restriction set for 3/15/2022.(Dickman, Janice) (Entered: 12/15/2021) |
| 12/15/2021 | 72 | RESPONSE by EDWARD BADALIAN to the United States of America's Proposed Modification of His Conditions of Release re 70 Pretrial Compliance Report. "Leave to File Granted" by Judge Amy B. Jackson on 12/15/2021. (zhsj) (Entered: 12/16/2021) |
| 12/17/2021 | 74 | NOTICE *of Supplemental Submission in Response to Court's Minute Order from December 9, 2021* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Paschall, Kimberly) (Entered: 12/17/2021) |
| 12/22/2021 | | MINUTE ORDER as to EDWARD BADALIAN (2). Upon consideration of the 70 Pretrial Status Report containing a request that a drug testing condition be added to the defendant's release conditions, the Court's Minute Order of 12/10/2021 and Defendant's 72 Response – indicating that he has no objection, it is ORDERED that Drug Testing be added as a condition to Defendant's current conditions of release. Signed by Judge Amy Berman Jackson on 12/22/2021. (jth) (Entered: 12/22/2021) |
| 01/04/2022 | | MINUTE ORDER. Any submission by the government concerning the matter that was to be discussed ex parte at the December 22, 2021 hearing but was not, along with any motion to file the submission under seal and ex parte, is due by 5:30 p.m. on January 5, 2022. SO ORDERED. Signed by Judge Amy Berman Jackson on 1/4/2022. (DMK) (Entered: 01/04/2022) |
| 01/14/2022 | | MINUTE ORDER. In order to address the defendants' assertions of their speedy trial rights effectively, and to advance the Court's efforts to establish a firm and realistic trial schedule, defendants Rodriguez and Badalian must each file a notice by January 21, 2022 informing the Court whether they intend to file any motion or motions pursuant to Fed. R. Crim. Proc. 12(b)(3)(B)(i)–(iii) and (v) alleging any defect or defects in the indictment or any motions to suppress evidence pursuant to Rule 12(b)(3)(C). The notice should propose a schedule –– developed in consultation with the government –– for the filing of such motions. The redacted superseding indictment 65 excises the names of certain individuals but the alleged conduct as to each defendant has not been redacted; therefore, the defendants should also address whether they intend to file any motions alleging improper joinder under Rule 12(b)(3)(B)(iv) or seeking severance of charges or defendants under Rules 12(b)(3)(D) and 14 and whether a schedule may be set for those motions at this time. SO ORDERED. Signed by Judge Amy Berman Jackson on 1/14/22. (DMK) (Entered: 01/14/2022) |
| 01/21/2022 | 81 | NOTICE *of Intent* by EDWARD BADALIAN (Martinian, Tigran) (Entered: 01/21/2022) |
| 01/21/2022 | 82 | NOTICE OF ATTORNEY APPEARANCE: Tigran Martinian appearing for EDWARD BADALIAN (Martinian, Tigran) (Entered: 01/21/2022) |

| 01/21/2022 | 83 | NOTICE *of Response to Court Minute Order* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Paschall, Kimberly) (Entered: 01/21/2022) |
|---|---|---|
| 01/24/2022 | | MINUTE ORDER as to EDWARD BADALIAN (2). Counsel for defendant is ordered to clarify by January 26, 2022 the statement in the Notice of Intent 81 that motions may be set within "sixty (120) days" of the date of the notice. SO ORDERED. Signed by Judge Amy Berman Jackson on 1/24/2022. (DMK) (Entered: 01/24/2022) |
| 01/24/2022 | 85 | NOTICE *of Intent (Amended)* by EDWARD BADALIAN (Martinian, Tigran) (Entered: 01/24/2022) |
| 02/11/2022 | 87 | NOTICE *OF FILING OF UNITED STATES MEMORANDUM REGARDING STATUS OF DISCOVERY AS OF FEBRUARY 9 2022* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Ravindra, Tara) (Entered: 02/11/2022) |
| 02/24/2022 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1) and EDWARD BADALIAN (2). It is ORDERED that by February 28, 2022, the government must file a report on the status of the third co–defendant in this matter, which it may move for leave to file under seal and/or ex parte if necessary. The report should address whether, given the circumstances and the amount of time that has gone by, there is any reason that the co–defendants cannot be provided with the name of the third individual who has yet to be apprehended under appropriate conditions such as a protective order. It is FURTHER ORDERED that any motion to sever defendants or counts for any reason under Fed. Rules of Crim. Proc. 12(b)(3)(a)(iv), 12(b)(3)(D), or 14 will be due on March 25, 2022; oppositions will be due on April 8, 2022; and replies will be due on April 22, 2022. This deadline will be without prejudice to the filing of a supplemental motion on grounds that do not become apparent until after the third defendant is apprehended. Finally, it is FURTHER ORDERED that any motions filed pursuant to Fed. R. Crim. Proc. 12(b)(3) must be filed by May 20, 2022; oppositions will be due on June 3, 2022; and replies will be due on June 17, 2022. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/24/22. (DMK) (Entered: 02/24/2022) |
| 03/03/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to DANIEL JOSEPH RODRIGUEZ (1), EDWARD BADALIAN (2) held on 3/3/2022. Another Video (VTC) Status Conference is set for 3/17/2022 at 3:00 PM before Judge Amy Berman Jackson. Oral request by Defendant EDWARD BADALIAN (2) to waive his presence at the next status conference and to have associate defense counsel appear was Heard and GRANTED by the Court. The Court makes a finding that it is in the Interests of Justice that the time between 3/3/2022 and 3/17/2022 shall be excluded from the Speedy Trial Act calculation as to Defendant EDWARD BADALIAN (2) only. No Speedy Trial Act Exclusion was found as to Defendant DANIEL JOSEPH RODRIGUEZ (1). Bond Status of Defendants: Defendant Rodriguez (1) remains committed; Defendant Badalian (2) remains on personal recognizance bond; Court Reporter: Elizabeth Saint–Loth; Defense Attorneys: 1) Rebecca Ann Levy, Katheine A. Tanaka and Margaret W. Lambrose; US Attorneys: Tara Ravindra and Kimberly Louise Paschall. (jth) (Entered: 03/03/2022) |
| 03/17/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to DANIEL JOSEPH RODRIGUEZ (1), EDWARD BADALIAN (2) held on 3/17/2022. The appearance of Defendant EDWARD |

| | | |
|---|---|---|
| | | BADALIAN (2) was waived for this proceeding. Another Video (VTC) Status Conference is set for 4/1/2022 at 2:00 PM before Judge Amy Berman Jackson. Bond Status of Defendants: Defendant Rodriguez (1) remains committed; Defendant Badalian (2) remains on personal recognizance bond; Court Reporter: Janice Dickman; Defense Attorneys: 1) Rebecca Ann Levy, Katherine A. Tanaka and Margaret W. Lambrose; US Attorneys: Tara Ravindar and Kimberly Louise Paschall. (jth) (Entered: 03/17/2022) |
| 03/25/2022 | 96 | MOTION to Sever Defendant by EDWARD BADALIAN. (Martinian, Tigran) (Entered: 03/25/2022) |
| 04/01/2022 | 97 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Ravindra, Tara) (Entered: 04/01/2022) |
| 04/01/2022 | 98 | NOTICE OF ATTORNEY APPEARANCE: Anush Melkonyan appearing for EDWARD BADALIAN (Melkonyan, Anush) (Entered: 04/01/2022) |
| 04/01/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2) held on 4/1/2022. Counsel for Defendant EDWARD BADALIAN (2) waived the appearance of defendant Badalian for this proceeding. Another Video (VTC) Status Conference for both defendants is set for 4/27/2022 at 2:00 PM before Judge Amy Berman Jackson. Bond Status of Defendants: Defendant Rodriguez (1) remains committed; Defendant Badalian (2) remains on personal recognizance bond; Court Reporter: Lisa Bankins; Defense Attorneys: 1) Rebecca Ann Levy and Katherine A. Tanaka; 2) Anush Melkonyan; US Attorney: Kimberly Louise Paschall. (jth) (Entered: 04/06/2022) |
| 04/08/2022 | 99 | Memorandum in Opposition by USA as to EDWARD BADALIAN re 96 MOTION to Sever Defendant (Paschall, Kimberly) (Entered: 04/08/2022) |
| 04/08/2022 | | Set/Reset Deadlines as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2): any motions filed pursuant to Fed. R. Crim. Proc. 12(b)(3) must be filed by 5/20/2022; Oppositions are due by 6/3/2022; Replies are due by 6/17/2022. (jth) (Entered: 04/09/2022) |
| 04/27/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2) held on 4/27/2022. For the reasons stated on the record in Court Defendant EDWARD BADALIAN'S (2) 96 Motion to Sever Defendants is DENIED. As was noted on the record at the status conference on March 17, 2022, the Speedy Trial calculation remains tolled pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (B) and (h)(6). Bond Status of Defendants: Defendant Daniel Rodriguez (1) remains committed; Defendant Edward Badalian (2) remains on personal recognizance bond; Court Reporter: Bryan A. Wayne; Defense Attorneys: 1) Rebecca Ann Levy and Katherine A. Tanaka; 2) Tigran Martinian; US Attorney: Kimberly Louise Paschall. (jth) (Entered: 04/27/2022) |
| 05/05/2022 | 102 | TRANSCRIPT OF 4/27/22 STATUS HEARING in case as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN before Judge Amy Berman Jackson held on April 27, 2022; Page Numbers: 1–31. Date of Issuance: 5/5/2022. Court Reporter: Bryan A. Wayne, (202) 354–3186. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public termina l or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/26/2022. Redacted Transcript Deadline set for 6/5/2022. Release of Transcript Restriction set for 8/3/2022.(Wayne, Bryan) (Entered: 05/05/2022) |
| 05/20/2022 | 106 | MOTION to Dismiss Count *II, III, AND X OF THE INDICTMENT* by EDWARD BADALIAN. (Melkonyan, Anush) (Entered: 05/20/2022) |
| 05/31/2022 | 109 | Unopposed MOTION for Extension of Time to File Response/Reply as to 106 MOTION to Dismiss Count *II, III, AND X OF THE INDICTMENT*, 108 MOTION to Dismiss Count *Two and Three of the Redacted Indictment (ECF No. 65)* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order Proposed Order)(Paschall, Kimberly) (Entered: 05/31/2022) |
| 06/02/2022 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). Upon consideration of the Motion of the United States 109 to Enlarge Time of Filing and File Omnibus Opposition, it is ORDERED that the 109 Motion is GRANTED. The Government's Opposition to the Motions to Dismiss is now due by 6/10/2022. Signed by Judge Amy Berman Jackson on 6/2/2022. (jth) (Entered: 06/02/2022) |
| 06/07/2022 | 111 | MOTION for Leave to File Excess Pages by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (Paschall, Kimberly) (Entered: 06/07/2022) |
| 06/07/2022 | | MINUTE ORDER granting 111 government's motion for leave to file excess pages as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). The government's omnibus response to the motions to dismiss shall not exceed 55 pages. SO ORDERED. Signed by Judge Amy Berman Jackson on 6/7/22. (DMK) (Entered: 06/07/2022) |
| 06/08/2022 | | MINUTE ORDER. With respect to the Court's order of June 7, 2022 granting 111 the motion for leave to file excess pages, the government need not devote many pages to a recitation of the facts, as those have been set forward in multiple prior submissions; nor is it necessary to summarize the entire indictment. What is needed is legal argument in response to the specific arguments raised in defendants' motions to dismiss about specific counts. The government can assume that the Court is well aware of and capable of reading the decisions of other courts in this district in January 6 cases, and any on point can be cited without the need for a lengthy summary. In the event it is still necessary to exceed 45 pages, the submission may be up to 55 pages. The parties should take note of the local rule that requires that footnotes must also be in 12 point font. SO ORDERED. Signed by Judge Amy Berman Jackson on 6/8/22. (DMK) (Entered: 06/08/2022) |

| 06/10/2022 | 113 | Memorandum in Opposition by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN re 106 MOTION to Dismiss Count *II, III, AND X OF THE INDICTMENT*, 108 MOTION to Dismiss Count *Two and Three of the Redacted Indictment (ECF No. 65)* (Attachments: # 1 Exhibit Reffitt Trial Transcript, # 2 Exhibit Hale–Cusanelli Hearing Transcript, # 3 Exhibit Head of State Notification)(Paschall, Kimberly) (Entered: 06/10/2022) |
|---|---|---|
| 07/05/2022 | 116 | Unopposed MOTION for Leave to File *Defendant Edward Badalian's Reply to Government's Opposition* by EDWARD BADALIAN. (Attachments: # 1 Exhibit Defendant, Edward Badalian's Reply to Government's Opposition)(Melkonyan, Anush) (Entered: 07/05/2022) |
| 07/06/2022 | 117 | REPLY TO OPPOSITION by EDWARD BADALIAN re 106 Edward Badalian's Motion to Dismiss Count II, III, AND X OF THE INDICTMENT. (zhsj) (Entered: 07/06/2022) |
| 08/31/2022 | 118 | MEMORANDUM OPINION & ORDER denying 108 Motion to Dismiss Counts Two and Three as to DANIEL JOSEPH "DJ" RODRIGUEZ (1) and denying 106 Motion to Dismiss Counts Two, Three, and Ten as to EDWARD BADALIAN (2). See Memorandum Opinion & Order for details. Signed by Judge Amy Berman Jackson on 8/31/22. (DMK) (Entered: 08/31/2022) |
| 09/01/2022 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). It is ORDERED that a Video (VTC) Status Conference is set for 9/13/2022 at 3:00 PM (Eastern Daylight Time) before Judge Amy Berman Jackson. The Court's Deputy Clerk will provide counsel for the parties with the information needed to connect to the video proceeding. Signed by Judge Amy Berman Jackson on 9/1/2022. (jth) (Entered: 09/01/2022) |
| 09/06/2022 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). The Court makes a finding that it is in the Interests of Justice that the time between 8/31/2022 and 9/13/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Signed by Judge Amy Berman Jackson on 9/6/2022. (jth) (Entered: 09/06/2022) |
| 09/09/2022 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). It is ORDERED that the Video (VTC) Status Conference presently set for 9/13/2022 at 3:00 PM (Eastern Daylight Time) before Judge Amy Berman Jackson is Reset as a Video (VTC) Status Conference on 9/13/2022 at 2:00 PM (NEW STARTING TIME) before Judge Amy Berman Jackson. The parties are directed to use the same video connection information previously distributed to make the connection at the new starting time of 2:00 PM. Signed by Judge Amy Berman Jackson on 9/9/2022. (jth) (Entered: 09/09/2022) |
| 09/13/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Scheduling Conference as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2) held on 9/13/2022. Oral Motion by Counsel for Defendant DANIEL RODRIGUEZ (1) to Waive the defendant's appearance at this Scheduling Conference was Heard and Granted. Parties discussed setting a jury trial schedule. Jury Selection is set for 2/27/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. The Pretrial Conference is set for 2/9/2023 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. The Court will issue a trial scheduling order. An Interim Video (VTC) Status Conference is set for 11/3/2022 at 2:00 PM before Judge Amy Berman Jackson. The Court's Deputy Clerk will |

| | | |
|---|---|---|
| | | provide counsel with the video connection information. The Court makes a finding that it is in the Interests of Justice that the time between 9/13/2022 and 2/27/2023 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendants: Defendant Daniel Rodriguez remains Committed / Defendant Edward Badalian Remains on Personal Recognizance Bond; Court Reporter: Bryan A. Wayne; Defense Attorneys: 1) Rebecca Ann Levy and Margaret W. Lambrose; 2) Tigran Martinian also participating, but not yet appearing in the case: Robert Helfend; US Attorney: Kimberly Louise Paschall. (jth) Modified to reflect that the Interim Status Conference is set for 11/3/2022 not "2023" (jth). (Entered: 09/14/2022) |
| 09/13/2022 | | Set/Reset Hearings as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2):Interim Video (VTC) Status Conference is set for 11/3/2022 at 2:00 PM before Judge Amy Berman Jackson. (jth) Modified to reflect that the Interim Status Conference is set for 11/03/2022 not "2023". (jth). (Entered: 09/14/2022) |
| 09/14/2022 | 122 | SCHEDULING ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1) and EDWARD BADALIAN (2). It is ORDERED that any motion for use of a written jury questionnaire must be filed by October 7, 2022, oppositions are due by October 21, 2022, and replies are due by October 28, 2022. A status conference will be held on November 3, 2022 at 2 p.m. by videoconference. It is further ORDERED that the government's notice of any evidence it intends to seek to introduce pursuant to Fed. R. Evid. 404(b) or prior convictions it seeks to use for impeachment under Fed. R. Evid. 609 must be filed by December 15, 2022, oppositions are due by January 13, 2023, and replies are due by January 20, 2023; motions in limine on behalf of either party must be filed by December 15, 2022, oppositions are due by January 13, 2023, and replies are due by January 20, 2023. The parties must file a single Joint Pretrial Statement by January 30, 2023, which must contain all of the information set forth in the Scheduling Order in the format set forth in the order. Electronic and paper copies of all exhibits must be delivered to chambers and to the Deputy Clerk in the format set out in the Scheduling Order by February 1, 2023; the pretrial conference will be held on February 9, 2023 at 10:00 a.m. in Courtroom 3 in person; and trial will commence on February 27, 2023 at 9:30 a.m. See Scheduling Order for details. Signed by Judge Amy Berman Jackson on 09/14/2022. (lcabj2) (Attachments: # 1 Criminal Voir Dire Procedure) (Entered: 09/14/2022) |
| 09/14/2022 | 123 | NOTICE OF ATTORNEY APPEARANCE Anthony William Mariano appearing for USA. (Mariano, Anthony) (Entered: 09/14/2022) |
| 09/21/2022 | 124 | MOTION for Leave to Appear Pro Hac Vice Robert Helfend *supported by Kira Anne West supported by Kira Anne West* Filing fee $ 100, receipt number ADCDC−9541148. Fee Status: Fee Paid. by EDWARD BADALIAN. (Attachments: # 1 Declaration, # 2 Exhibit)(West, Kira) (Entered: 09/21/2022) |
| 09/22/2022 | | MINUTE ORDER granting 124 Motion for Leave to Appear Pro Hac Vice as to EDWARD BADALIAN (2). Robert Helfend is permitted to appear and participate in this case in all respects pursuant to Local Criminal Rule 44.1, and only upon condition that he, or at least one member of his firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. The Court notes that pursuant to Local Criminal Rule 44.1(c)(1), "[a]n attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court," so attorney West must |

| | | |
|---|---|---|
| | | enter her appearance in this case. Current counsel for defendant may file any motion to withdraw by September 30, 2022. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** <u>Click for instructions</u>. SO ORDERED. Signed by Judge Amy Berman Jackson on 9/22/22. (DMK) (Entered: 09/22/2022) |
| 09/23/2022 | 125 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Helfend, Robert M. added. Substituting for attorney Tigran Martinian and Anush Melkonyan (Helfend, Robert) (Entered: 09/23/2022) |
| 09/27/2022 | 126 | NOTICE OF ATTORNEY APPEARANCE: Kira Anne West appearing for EDWARD BADALIAN *as sponsoring counsel* (West, Kira) (Entered: 09/27/2022) |
| 10/01/2022 | 127 | NOTICE OF ATTORNEY APPEARANCE: Robert M. Helfend appearing for EDWARD BADALIAN (Helfend, Robert) (Entered: 10/01/2022) |
| 10/06/2022 | 128 | NOTICE *of Filing Juror Questionnaire* by EDWARD BADALIAN (Attachments: # 1 Exhibit Cover Sheet, # 2 Exhibit Juror Questionnaire)(Helfend, Robert) (Entered: 10/06/2022) |
| 10/07/2022 | | MINUTE ORDER as to EDWARD BADALIAN (2). On October 6, 2022, Defendant EDWARD BADALIAN (2) docketed a "Notice of Filing Juror Questionnaire" 128 . This "Notice" does not comport with the Court's Scheduling Order 122 issued on September 14, 2022, that directed 1) Any motion for use of a written jury questionnaire must be filed by October 7, 2022. The oppositions are due by October 21, 2022, and replies are due by October 28, 2022. It is ORDERED that Defendant EDWARD BADALIAN (2) comply with that order and file an appropriate motion by October 11, 2022. Signed by Judge Amy Berman Jackson on 10/7/2022. (jth) (Entered: 10/07/2022) |
| 10/07/2022 | | Set/Reset Deadline as to EDWARD BADALIAN (2): any motion for the use of a written jury questionnaire is due by 10/11/2022. (jth) (Entered: 10/07/2022) |
| 10/07/2022 | 129 | MOTION to Withdraw as Attorney *of record* by Tigran Martinian, Anush Mekonyan. by EDWARD BADALIAN. (Melkonyan, Anush) (Entered: 10/07/2022) |
| 10/11/2022 | | MINUTE ORDER granting 129 Motion to Withdraw Tigran Martinian and Anush Melkonyan as attorneys for defendant to EDWARD BADALIAN (2). SO ORDERED. Signed by Judge Amy Berman Jackson on 10/11/22. (DMK) (Entered: 10/11/2022) |
| 10/11/2022 | 130 | Motion for Juror Questionnaire by EDWARD BADALIAN (Attachments: # 1 Exhibit Cover Sheet, # 2 Exhibit Juror Questionnaire)(Helfend, Robert) Modified event type and text to remove "notice' on 10/12/2022 (zltp). (Entered: 10/11/2022) |
| 10/21/2022 | 131 | RESPONSE by USA as to EDWARD BADALIAN re 130 MOTION (Paschall, Kimberly) (Entered: 10/21/2022) |
| 11/03/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2) held on 11/3/2022. Bond Status of Defendants: Defendant DANIEL JOSEPH RODRIGUEZ (1) Remains Committed; Defendant EDWARD BADALIAN (2) Remains on Personal Recognizance Bond (PR); Court Reporter: Lisa Griffith; Defense Attorneys: 1) Rebecca Ann Levy, Katherine A. Tanaka, and Margaret W. Lambrose; 2) Kira Anne West, Robert M. Helfend; US Attorneys: Anthony William Mariano and Kimberly Louise Paschall. (jth) (Entered: 11/03/2022) |

| 11/04/2022 | | MINUTE ORDER as to EDWARD BADALIAN (2). The Court will relieve Kira West, counsel for defendant Badalian, of the obligation to be present for court proceedings, provided that attorney Helfend complies with Local Criminal Rule 44.1(b), and the defense continues to adhere to LCrR 44.1(c). SO ORDERED. Signed by Judge Amy Berman Jackson on 11/4/22. (DMK) (Entered: 11/04/2022) |
| 12/15/2022 | | MINUTE ORDER granting in part and denying in part 130 Motion as to EDWARD BADALIAN (2) Motion for Juror Questionnaire. Potential jurors will be summoned to complete a juror questionnaire in the Ceremonial Courtroom on Friday, February 10, 2023, but the questionnaire will be revised, and the proposed version will be circulated to counsel when completed. As discussed at the status conference on November 3, 2022, on the date the jurors are summoned to complete the questionnaire, the Court will provide brief instructions to the jurors with counsel present at 9:30 a.m., and then the Court and counsel will leave the room while the jurors complete the forms and submit them to the Court's Deputy Clerk, who will make copies and provide them to counsel. It is hereby ORDERED that each defendant must file notice with the Court by December 29, 2022 whether he waives his appearance for the February 10 proceeding. It is FURTHER ORDERED that all parties and counsel must maintain the confidentiality of the questionnaires; while they may be discussed with the defendants and any jury consultant retained by either trial team, they may not be shared with anyone else, and anyone who reviews the questionnaires must agree to be bound by this order. Motions to strike for cause based on the questionnaires will be due on February 17, 2023. This date will not be extended. It is the Court's view that the use of a written questionnaire is appropriate given the publicity surrounding the particular assault that forms the basis of Counts Four and Six against defendant Rodriguez, as opposed to January 6 allegations in general; in the event of a resolution of that defendant's case, the Court may revisit the need for the questionnaire. SO ORDERED. Signed by Judge Amy Berman Jackson on 12/15/22. (DMK) (Entered: 12/15/2022) |
| 12/15/2022 | | Set/Reset Deadlines/Hearings as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2): Potential jurors will be summoned to complete a juror questionnaire in the Ceremonial Courtroom on Friday, February 10, 2023, at 9:30 AM. Motions to strike for cause based on the questionnaires will be due by February 17, 2023. Each defendant must file notice with the Court by December 29, 2022 whether he waives his appearance for the February 10, 2023 proceeding. (jth) (Entered: 12/15/2022) |
| 12/15/2022 | 133 | MOTION in Limine *To Admit Statements* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (Mariano, Anthony) (Entered: 12/15/2022) |
| 12/15/2022 | 134 | MOTION in Limine *(Omnibus)* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (Mariano, Anthony) (Entered: 12/15/2022) |
| 12/15/2022 | 135 | NOTICE *of Expert Witness Testimony* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Paschall, Kimberly) (Entered: 12/15/2022) |
| 12/26/2022 | 136 | NOTICE of Filing by EDWARD BADALIAN (Attachments: # 1 Exhibit, # 2 Exhibit)(Helfend, Robert) Modified text on 12/28/2022 (zstd). (Entered: 12/26/2022) |
| 01/13/2023 | 138 | Unopposed MOTION for Extension of Time to *file rponse to government motions in limine* by EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order)(West, Kira) (Entered: 01/13/2023) |
| 01/13/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting 138 Motion for Extension of Time as to EDWARD BADALIAN (2). Defendant's responses to the government's motions in limine are due January 17, 2023. SO ORDERED. Signed by Judge Amy Berman Jackson on 1/13/23. (DMK) (Entered: 01/13/2023) |
| 01/17/2023 | 140 | RESPONSE by EDWARD BADALIAN re 134 MOTION in Limine *(Omnibus)*, 133 MOTION in Limine *To Admit Statements* (Helfend, Robert) (Entered: 01/17/2023) |
| 01/20/2023 | 141 | ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2) revising the decision in the December 15, 2022 Minute Order, denying the motion for a jury questionnaire, vacating the February 10, 2023 proceeding scheduled for completion of the questionnaires, and ordering the parties to submit proposed voir dire questions by January 30, 2023. See Order for details. Signed by Judge Amy Berman Jackson on 1/20/23.(DMK) (Main Document 141 replaced on 1/20/2023 to correct a Document Citation Number) (jth). (Entered: 01/20/2023) |
| 01/31/2023 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). It is ORDERED that due to the extended briefing schedule for some of the motions to be discussed at the Pretrial Conference and changes in the Court's schedule, the Pretrial Conference now set for 2/9/2023 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson is rescheduled for 2/16/2023 at 2:00 PM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Both defendants are required to appear at the Pretrial Conference. Signed by Judge Amy Berman Jackson on 1/31/2023. (jth) (Entered: 01/31/2023) |
| 02/01/2023 | 144 | Unopposed MOTION for Extension of Time to File by EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order)(Helfend, Robert) (Entered: 02/01/2023) |
| 02/01/2023 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1) and EDWARD BADALIAN (2).The Scheduling Order 122 in this case required the parties to provide the Court with a great deal of information in their Joint Pretrial Statement 143 , and the Court appreciates the work and cooperation that went into the submission of proposed voir dire questions, stipulations, jury instructions, etc. However, there were several instances in which the Court's instructions were not followed. First, the Joint Pretrial Statement that was due on January 30 was supposed to include "a list of exhibits that each party intends to offer in its case–in–chief during trial, that identifies each exhibit by number and specifies those exhibits to which there is an objection, and the basis for the objection, e.g., 'hearsay,' or 'F.R.E. 403,' without further argument." The parties did not file the exhibit list and they are therefore ORDERED to file the required list with any objections noted in a column on the same document no later than 12:00 noon, Monday, February 6. No extensions will be granted. Second, the Court notes that the Scheduling Order also includes this instruction: "Any objections on completeness grounds pursuant to F.R.E. 106 must be noted in the exhibit list, and the party seeking to require the introduction of any other part of a writing or recorded statement must provide a copy of the material the party maintains in fairness ought to be considered at the same time on the date the exhibits are delivered to chambers." The parties have not addressed Rule 106 with any specificity to date. Therefore, it is also ORDERED that if the government intends to introduce portions of the videotaped statement made by defendant Rodriguez, which was the subject of the motion to suppress, as opposed to the entire statement, it must identify those excerpts, and the defendants must note the existence of any completeness objections, as well as any objections defendant Badalian wishes to raise pursuant to United States v. Bruton, 391 U.S. 123 (1968), on the exhibit list filed by February 6. To enable the Court to rule on |

| | | |
|---|---|---|
| | | these issues at the pretrial conference, the parties must provide the Court with a copy of the transcript of the interview that identifies all of the excerpts the government intends to introduce; all of the excerpts either defendant contends must also be introduced pursuant to FRE 106; and whether the government opposes the introduction of those excerpts. The Court would greatly appreciate the use of light–colored highlighting (yellow or green) or different colored boxes marking the boundary of each category of excerpts so that either an electronic copy or a printed copy is easy to read. See, e.g., United States v. Black, 21–cr–0127 68 . This document –– reflecting overdue objections –– is also due on February 6 at noon. Third, the Court notes that in many instances in the proposed voir dire that was due on January 30, the parties –– generally one of the defendants –– proposed open–ended questions that did not comport with the required "yes" or "no" question format. If the parties would like an opportunity to re–read the written Voir Dire Procedures already provided by the Court as an attachment to the scheduling order [122–1] and revise the proposed questions themselves before the Court makes its own revisions, they may submit a revised version by 5:00 pm Thursday, February 2. Finally, the Court also notes that notwithstanding defendant Badalian's suggestion that many of the potential evidentiary issues can be deferred and resolved as the trial proceeds, that is not the Court's practice. It is the Court's intention, as it has stated during status conferences and as the scheduling order reflects, to resolve as many evidentiary issues as possible before trial, so that the parties are well aware of what evidence can be mentioned in opening and so that the trial proceeds efficiently without constant bench conferences. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/1/23. (DMK) (Entered: 02/01/2023) |
| 02/01/2023 | | MINUTE ORDER granting 144 Motion for Extension of Time as to EDWARD BADALIAN (2). Defendant Badalian must provide physical copies of his electronic and paper exhibits to the Court and Deputy Clerk by February 9, 2023. This order does not alter the deadline to submit the exhibit list with objections by 12:00 noon, February 6, 2023, as set forth in the order entered on this date. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/1/23. (DMK) (Entered: 02/01/2023) |
| 02/01/2023 | 145 | EXHIBIT LIST by EDWARD BADALIAN (Helfend, Robert) (Entered: 02/01/2023) |
| 02/01/2023 | 146 | WITNESS LIST by EDWARD BADALIAN (Helfend, Robert) (Entered: 02/01/2023) |
| 02/01/2023 | 147 | Proposed Voir Dire by EDWARD BADALIAN (Helfend, Robert) (Entered: 02/01/2023) |
| 02/02/2023 | 148 | NOTICE OF FILING REDACTED DOCUMENT by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Paschall, Kimberly) (Entered: 02/02/2023) |
| 02/06/2023 | 151 | EXHIBIT LIST by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN (Attachments: # 1 Exhibit List)(Mariano, Anthony) (Entered: 02/06/2023) |
| 02/06/2023 | 152 | NOTICE of out of office by EDWARD BADALIAN (West, Kira) (Entered: 02/06/2023) |
| 02/08/2023 | 153 | Unopposed MOTION Bench Trial by EDWARD BADALIAN. (Helfend, Robert) (Entered: 02/08/2023) |
| 02/08/2023 | 154 | NOTICE of Supplemental Joint Pretrial Statement by USA as to EDWARD BADALIAN re 148 NOTICE OF FILING REDACTED DOCUMENT (Paschall, |

| | | Kimberly) (Entered: 02/08/2023) |
|---|---|---|
| 02/08/2023 | 155 | EXHIBIT LIST by USA as to EDWARD BADALIAN (Attachments: # 1 Supplement Proposed Exhibit List)(Paschall, Kimberly) (Entered: 02/08/2023) |
| 02/13/2023 | 156 | NOTICE *Of Health Status of Edward Badalian* by EDWARD BADALIAN (Helfend, Robert) (Entered: 02/13/2023) |
| 02/14/2023 | | MINUTE ORDER as to DANIEL JOSEPH "DJ" RODRIGUEZ (1), EDWARD BADALIAN (2). In light of the notice filed by defendant Badalian 156 , the pretrial conference set for February 16, 2023 will be postponed. The deputy clerk will contact the parties with the Court's proposed dates. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/14/23. (DMK) (Entered: 02/14/2023) |
| 02/14/2023 | | MINUTE ORDER as to EDWARD BADALIAN (2). It is ORDERED that the Pretrial Conference is RESET for 2/27/2023 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. It is further ORDERED that the parties are directed to submit a revised Exhibit List as to Defendant EDWARD BADALIAN (2) only, as called for by the 122 scheduling order, reflecting any objections, by 2/21/2023 at 12:00 PM (noon). Signed by Judge Amy Berman Jackson on 2/14/2023. (jth) (Entered: 02/14/2023) |
| 02/14/2023 | | MINUTE ORDER as to EDWARD BADALIAN (2). Upon consideration of Defendant's 153 Unopposed Motion for Bench Trial, it is ORDERED that the 153 Motion is GRANTED. The Jury Trial as to EDWARD BADALIAN (2) in this case presently set for 2/27/2023 is CONVERTED to a Bench Trial and is set for 2/27/2023 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 2/14/2023. (jth) (Entered: 02/14/2023) |
| 02/21/2023 | 164 | EXHIBIT LIST by EDWARD BADALIAN (Helfend, Robert) (Entered: 02/21/2023) |
| 02/21/2023 | 165 | EXHIBIT LIST by USA as to EDWARD BADALIAN (Attachments: # 1 Exhibit Exhibit List with Objections)(Paschall, Kimberly) (Entered: 02/21/2023) |
| 02/27/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson:Pretrial Conference as to EDWARD BADALIAN (2) held on 2/27/2023. Bench Trial set for 2/28/2023 at 9:30 AM (In Person) in Courtroom 3 before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano. (jth) (Entered: 02/27/2023) |
| 02/27/2023 | | MINUTE ORDER as to EDWARD BADALIAN (2). For the reasons stated at the pretrial conference held on this date, it is ORDERED that the government's Motion in Limine to Admit Statements 133 is GRANTED, although the admissibility of any particular statement will depend upon a showing of its relevance and whether the government has established the predicate for the admissibility of co–conspirator statements under Fed. R. Evid. 801(d)(2)(E). The government's Omnibus Motion in Limine 134 is also GRANTED. With respect to exhibits, and as stated at the pretrial conference, exhibits of both parties to which there were no objections are admitted. The Court ruled that all of the government's exhibits to which defendant objected are admissible, as the objections were generally directed to their weight, as opposed to their admissibility. However, the defendant may renew his objection to any exhibit at the close of the government's case if the relevance or the admissibility under Fed. R. Evid. 801(d)(2)(E) is not established. Also, the government was instructed to winnow |

| | | |
|---|---|---|
| | | down its exhibit list to exclude cumulative material and material that had limited bearing on the defendant's personal liability, and to submit the revised exhibit list by 6:00 p.m. today, providing as much information to the defense before that time as possible. The government withdrew GEX 905.57. The Court admitted defendant's exhibits except for DEX 5, 8, 9, and 12, which are excluded. The Court also instructed that while the parties need not move the admission of any exhibit that has already been ruled upon at trial, only exhibits that are actually published during trial will be part of the record in the case. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/27/23. (DMK) (Entered: 02/27/2023) |
| 02/27/2023 | 168 | EXHIBIT LIST by USA as to EDWARD BADALIAN (Attachments: # 1 Exhibit Revised Exhibit List)(Paschall, Kimberly) (Entered: 02/27/2023) |
| 02/28/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial as to EDWARD BADALIAN (2) begun and held on 2/28/2023. Bench Trial continued to 3/1/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano. Government Witnesses: USCP Captain Jessica Baboulis, Alfred Carstens, and Christian Almonte (to be continued until 3/1/2023) (jth) (Entered: 02/28/2023) |
| 03/01/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial as to EDWARD BADALIAN resumed and held on 3/1/2023. Bench Trial continued to 3/2/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano; Government Witnesses: Christian Almonte (completed), MPD Sergeant Jason Mastony, Gina Bisignano, and FBI Special Agent Enrique Armenta (to be continued to 3/2/2023). (jth) (Entered: 03/01/2023) |
| 03/02/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial as to EDWARD BADALIAN (2) resumed and held on 3/2/2023. Government Rested. Defense Oral Motion to Dismiss was Heard. The Court reserved ruling on the motion. Bench Trial continued to 3/3/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond, Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano; Government Witness: FBI Special Agent Enrique Armenta. (jth) (Entered: 03/03/2023) |
| 03/03/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial as to EDWARD BADALIAN (2) resumed and held on 3/3/2023. Bench Trial continued to 3/6/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano. Defense Witnesses Kaylyn Frishkorn and Edward Badalian. (jth) (Entered: 03/06/2023) |
| 03/06/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial as to EDWARD BADALIAN (2) resumed and concluded on 3/6/2023 (Defense Rested). Closing Arguments Presented. Unopposed Oral Motion by the Government |

| | | |
|---|---|---|
| | | to Upload Trial Exhibits to USAFx was HEARD and GRANTED. The Court takes the matter under advisement. Oral Ruling/Bench Trial continued to a date and time to be determined by the Court. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: Robert M. Helfend; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano; Defense Witness: Edward Badalian. (jth) (Entered: 03/06/2023) |
| 03/06/2023 | 169 | EXHIBIT LIST by USA as to EDWARD BADALIAN (2). (jth) (Entered: 03/10/2023) |
| 03/06/2023 | 170 | EXHIBIT LIST by EDWARD BADALIAN (2). (jth) (Entered: 03/10/2023) |
| 03/06/2023 | 171 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to EDWARD BADALIAN (2). (jth) (Entered: 03/10/2023) |
| 03/17/2023 | | MINUTE ORDER as to EDWARD BADALIAN (2). Bench Trial / Oral Ruling is set for 4/4/2023 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Consistent with representations made by the defense during trial, the Court expects the defendant to be present in person, although counsel is seeking to appear by video. The Court has no objection to counsels appearance in that manner if the defendant consents in writing and local counsel is present in the courtroom. Signed by Judge Amy Berman Jackson on 3/17/2023. (jth) (Entered: 03/17/2023) |
| 03/20/2023 | 172 | NOTICE *of Waiver of Counsel's Personal Appearance for Verdict* by EDWARD BADALIAN (Helfend, Robert) (Entered: 03/20/2023) |
| 04/03/2023 | 173 | ORDER as to EDWARD BADALIAN (2) docketing elements of the offenses for Counts One, Two, Three, and Ten. Signed by Judge Amy Berman Jackson on 4/3/23. (DMK) Modified on 4/4/2023 to reflect that this is a "paper" order not a "minute" order (jth). (Entered: 04/03/2023) |
| 04/04/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Bench Trial / Verdict as to EDWARD BADALIAN (2) held on 4/4/2023. For the reasons stated on the record in open Court Defendant's Motion for Judgment of Acquittal as to all Counts was DENIED. VERDICT as to EDWARD BADALIAN (2) Guilty on Counts: 1,2,10, Not Guilty as to Count 3. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Defendant's Conditions of Release are Modified as follows: Between now and the sentencing date, the defendant is subject to Location Monitoring (LM) in the form to be directed by the Pre–Trial Services Agency in his District. Sentencing set for 7/21/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Sentencing Memoranda from the parties are due by 7/12/2023. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond with the modified additional condition of Location Monitoring (LM); Court Reporter: Janice Dickman; Defense Attorneys: Robert M. Helfend (appearing by video) and Kira Anne West; US Attorneys: Kimberly Louise Paschall and Anthony William Mariano. (jth) (Entered: 04/06/2023) |
| 04/20/2023 | 175 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on April 4, 2023; Page Numbers: 1–48. Date of Issuance:April 20, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, |

| | | |
|---|---|---|
| | | (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 5/11/2023. Redacted Transcript Deadline set for 5/21/2023. Release of Transcript Restriction set for 7/19/2023.(Dickman, Janice) (Entered: 04/20/2023) |
| 06/09/2023 | 182 | Unopposed MOTION for Leave to File *Redacted Sentencing Memorandum* by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (Attachments: # 1 Text of Proposed Order Proposed Order)(Paschall, Kimberly) (Entered: 06/09/2023) |
| 06/09/2023 | 183 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on February 28, 2023; Page Numbers: 1–207. Date of Issuance: June 9, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023.(Dickman, Janice) (Entered: 06/09/2023) |
| 06/09/2023 | 184 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on March 1, 2023; Page Numbers: 208–449. Date of Issuance: June 9, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023.(Dickman, Janice) (Entered: 06/09/2023) |
| 06/09/2023 | 185 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on March 2, 2023; Page Numbers: 450–664. Date of Issuance: June 9, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023.(Dickman, Janice) (Entered: 06/09/2023) |
| 06/09/2023 | 186 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on March 3, 2023; Page Numbers: 665–806. Date of Issuance: June 9, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023.(Dickman, Janice) (Entered: 06/09/2023) |
| 06/09/2023 | 187 | TRANSCRIPT OF PROCEEDINGS in case as to EDWARD BADALIAN before Judge Amy Berman Jackson held on March 6, 2023; Page Numbers: 807–1055. Date of Issuance: June 9, 2023. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

|  |  | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023.(Dickman, Janice) (Entered: 06/09/2023) |
|---|---|---|
| 06/20/2023 | 195 | Unopposed MOTION to Continue *Sentencing* by EDWARD BADALIAN. (Helfend, Robert) (Entered: 06/20/2023) |
| 06/22/2023 |  | MINUTE ORDER granting 195 Motion to Continue Sentencing Hearing as to EDWARD BADALIAN (2). Sentencing memoranda are due by 8/30/2023, and sentencing is set for 9/8/2023 at 9:30 AM in person in Courtroom 25. (Note new courtroom.) SO ORDERED. Signed by Judge Amy Berman Jackson on 6/22/23. (DMK) (Entered: 06/22/2023) |
| 08/08/2023 | 208 | MOTION to unseal indictment and related documents filed by USA as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN. (This document is SEALED and only available to authorized persons.) (Mariano, Anthony) Modified on 8/17/2023 (zhsj). (Entered: 08/08/2023) |
| 08/10/2023 | 209 | TRANSCRIPT OF 9/13/22 STATUS HEARING in case as to DANIEL JOSEPH "DJ" RODRIGUEZ, EDWARD BADALIAN before Judge Amy Berman Jackson held on September 13, 2022; Page Numbers: 1−19. Date of Issuance: 8/10/2023. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/31/2023. Redacted Transcript Deadline set for 9/10/2023. Release of Transcript Restriction set for 11/8/2023.(Wayne, Bryan) (Entered: 08/10/2023) |
| 08/15/2023 | 211 | Second MOTION to Continue *Sentencing* by EDWARD BADALIAN. (Helfend, |

| | | |
|---|---|---|
| | | Robert) (Entered: 08/15/2023) |
| 08/16/2023 | | MINUTE ORDER granting 211 Motion to Continue as to EDWARD BADALIAN (2). Defendant was found guilty on April 4, 2023, more than four months ago, and this is the second request for an extension of the sentencing date. In the Court's view, the defense should have anticipated that it would be necessary to address U.S.S.G. § 2J1.2 given the position the government has taken in prior sentencings for violations of 18 U.S.C. § 1512(c)(2), including with respect to co–defendant Rodriguez. The Court will grant a short extension over the government's objection, but it expects the following dates to hold: the sentencing will be held, in person, on September 26, 2023 at 10:00 am in Courtroom 25, and the sentencing memoranda will be due on September 15, 2023. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/16/23. (DMK) (Entered: 08/16/2023) |
| 08/17/2023 | | MINUTE ORDER GRANTING in part and DENYING in part the government's sealed motion to unseal indictment and related documents 208 . The Clerk of Court is directed to unseal the following documents in this case: the First Superseding Sealed Indictment 49 , the Motion to Seal and proposed Order to seal the superseding indictment 51 , [51–1]; the Order granting the Motion to Seal 52 ; and the government's Motion and proposed Order to unseal these documents 208 . Because the Clerk of Court only files executed arrest warrants on the public docket and the arrest warrant for defendant Belosic remains unexecuted, the Court DENIES the motion to unseal the Arrest Warrant for defendant Belosic. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/17/2023. (zjth) (Entered: 08/17/2023) |
| 09/15/2023 | 214 | SENTENCING MEMORANDUM by EDWARD BADALIAN (Attachments: # 1 Exhibit Letter, # 2 Exhibit Letter, # 3 Exhibit Letter, # 4 Exhibit Letter, # 5 Exhibit Picture)(Helfend, Robert) (Entered: 09/15/2023) |
| 09/15/2023 | 216 | SENTENCING MEMORANDUM by USA as to EDWARD BADALIAN (Attachments: # 1 Exhibit List of Exhibits Provided)(Mariano, Anthony) (Entered: 09/15/2023) |
| 09/26/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Sentencing held on 9/26/2023 as to EDWARD BADALIAN (2). On Count(s) 1, Defendant Is Sentenced To Fifty–One (51) Months Incarceration Followed By A Supervised Release Period Of Thirty–Six (36) Months And A Special Assessment Of $100.00; On Count(s) 2, Defendant Is Sentenced To Fifty–One (51) Months Incarceration Followed By A Supervised Release Period Of Thirty–Six (36) Months And A Special Assessment Of $100.00. On Count(s) 10, Defendant Is Sentenced To Twelve (12) Months Incarceration Followed By A Supervised Release Period Of Twelve (12) Months And A Special Assessment Of $25.00. Said Terms Of Incarceration And Supervised Release To Run Concurrent. The Defendant Is Ordered To Pay $2000.00 In Restitution. Request To Self Surrender By The Defendant Heard And Denied. The Defendant Is Committed To The Custody Of The Federal Bureau Of Prisons. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: JANICE DICKMAN; Defense Attorney: ROBERT HELFEND; US Attorney: ANTHONY MARIANO/KIMBERLY PASCHALL; Prob Officer: ROBERT WALTERS; Pretrial Officer: CHRISTINE SCHUCK; (mac) (Entered: 09/26/2023) |
| 09/27/2023 | 221 | NOTICE OF APPEAL – Final Judgment by EDWARD BADALIAN re Bench Trial – Held,,,,, Jury Verdict Entered,,,,, Motions Referred,,,,, Set Deadlines/Hearings,,,, Sentencing,,,,, Defendant Committed/commitment,,,,. Fee Status: No Fee Paid. Parties have been notified. (Helfend, Robert) (Entered: 09/27/2023) |

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 21-cr-246 (ABJ) |
| | ) | |
| EDWARD BADALIAN | ) | |

## NOTICE OF APPEAL

Name and address of appellant:

EDWARD BADALIAN
INMATE NO. 386625
(CDF/DC Jail)
1901 D Street, SE
WASHINGTON, D.C.

Name and address of appellant's attorney:

ROBERT M. HELFEND
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
Trial Counsel Only

Offense:  18 USC 371, 18 USC 1512 (c)(2), 18 USC 1752 (a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Mr. Badalian was committed to the B.O.P. for a term of 51 months, followed by 36 months of supervised release, $2,000.00 in restitution, 100 hours of community service and a mandatory special assessment of $225.00 on September 26, 2023.

Name and institution where now confined, if not on bail: (CDF/DC Jail)
INMATE NO. 386625

     I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9-27-23

DATE

Edward Badalian

APPELLANT

ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | | | |
|---|---|---|---|
| Does counsel wish to appear on appeal? | YES ☐ | NO ✔ |
| Has counsel ordered transcripts? | YES ☐ | NO ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☐ | NO ✔ |